**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 07 2025

JEFFREY P. COLWELL
CLERK

ATTORNEY / PARTY WITHOUT ATTORNEY ADDRESS:

Louis M. Cordova (Pro-se) Plaintiff
#P01041715
Jefferson County Detention Facility
P.O. Box 16700
Golden, CO 80402-6700

MARISSA A. CORDOVA Plaintiff
23 ZETA St.
GOLDEN, CO. -80401-
720-569-1293 (C)

# NOTICE OF INTENT

Notice is hereby given to the Executive Director of Health and Human Services, Child Support Unit for Jefferson County- JOHN DOE, Elizabeth Peters, and the I.R.S. Board of Commissioners- DANNY WERFEL the above case caption Plaintiff(s) LOUIS M. AND MARISSA A. CORDOVA seek civil action In The United States District Court For The District of Colorado located at 901-19th Street, Room A105, Denver, CO. -80294-3589- Pursuant to 5 U.S.C. Sec. 702- Administrative Review of Agency Action to redress the deprivation of 1st, 4th, 5th, and 14th Amendment Rights to the United States Constitution which all constitute a violation of the Equal Protection Clause of the FOURTEENTH Amendment to the United States Constitution.

Plaintiff(s) LOUIS M. AND MARISSA A. CORDOVA has filed joint return of income tax under 26 U.S.C. Sec 6013 by Husband and Wife on 03-17-2025 with the H and R BLOCK Tax Service company located in Golden, CO. Both Plaintiff(s) suffer Finatual hardship by a Fraudulant claim of child support needs by Elizabeth Peters whom both plaintiff(s) where un-aware of until 04-03-2025 by I.R.S. notification all funds/return where paid to an obligation of child support. By Defective Notification of this obligation and inadequate informal procedures of the ~~Human~~ Health and Human Service Child Support Unit for Jefferson County Executive Director- JOHN DOE and I.R.S. Board of Commissioner- Danny Werfel causing a Finatual loss/hardship

Plaintiff LOUIS M. CORDOVA states Elizabeth Peters is the grandmother of Louis M. Cordova Jr. D.O.B. 05-21-2008. Plaintiff states Elizabeth Peters has made a Fraud claim for Child Support and has never had custody of minor child Louis M. Cordova Jr. D.O.B. 05-21-2008. Plaintiff states he and his wife both have made numerous attempts to address these concerns with the Jefferson County Child Support unit but was inappropriately handled and misinformed of any type of appeal process / remedy to seek review of agency action. Plaintiff requested the child support case number but was denied and was only given option to make payment. Plaintiff(s) requested to speak with supervisor of Child Support by phone and was hung up / disconnected. After multiple attempts Plaintiff was told Elizabeth Peters has been recieving benifets since 2012 to current for minor child Louis M. Cordova Jr. DOB 05-21-2008. Plaintiff states minor child LOUIS M. CORDOVA Jr. D.O.B has never lived with Elizabeth Peters and has been in Philidelphia, PA. since 2013 or 2014 with relatives and family out in Philidelphia, PA. Plaintiff states he and his wife make regular contact by phone with minor/child currently. Plaintiff states minor child has repeatedly stated he has never lived with his grandmother Elizabeth Peters. Plaintiff states the fraudulent claim for child support is $6,000 from 2012 to current. Both Plaintiff(s) has been adversly affected and suffer finatual hardship. and seek judicial review for injunction / monitary damages $6,000.00 Plaintiff(s) request disclosure of all contact info for Elizabeth Peters for legal needs of action, Child Support case info., and all payments that where made in connection with is fraudulent claim. All information is true and correct under penalty of perjury.

ATTORNEY ADDRESS:

LOUIS M. CORDOVA (Pro-Se)
JCID # P01041715
P.O. BOX 16700
GOLDEN, CO. -80402-

Respectfully Submited,

Executed: LOUIS M. CORDOVA (print)
By _____ #P01041715 (sign)

Executed: 04-03-2025
date

See 28 U.S.C Sec. 1746 ; 18 U.S.C Sec. 1621

## CERTIFICATE OF MAILING

I, the undersigned, do hereby certify that a true and correct copy of the foregoing NOTICE OF INTENT was transmitted to the following interested parties on the 3rd day of APRIL, 2025, by placing the same with the Jefferson County Sheriff's Office Detention Facility staff, postage pre-paid, and addressed as follows:

HEALTH AND HUMAN SERVICES
EXECUTIVE DIRECTOR JOHN DOE
CHILD SUPPORT UNIT JEFFCO
3500 ILLINOIS St. #1300
GOLDEN, CO.
-80401-

ATTORNEY GENERAL, STATE OF COLORADO
1300 Broadway
Denver, CO. -80203-

Honorable Daniel Klesfel
1111 Constitution AVE. NW
Washington, DC
-20224-

Mariss A Cordova
23 Zeta St
Golden, CO.
-80401-

U.S. District Court District of Colorado
901-19th Street, Room A105
Denver, Co.
80294-3589

By: _____ #P01041715
   (Signature)

LOUIS MARTIN CORDOVA
   (Print)

Date: 04-03-2025

Form #31  (This form does not require notorization)



Louis M Cordova
JCID # P0104715
P.O. Box 16700
Golden, CO - 80402 -

U.S. District Court for the
District of Colorado
901-19th Street, Room A105
Denver, CO. 80294-3589

**INDIGENT
LEGAL MAIL**



**UNCENSORED
INMATE MAIL**